# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-02437-JLK

TRACY D. PEARCE, an individual,

    PLAINTIFF,

v.

BOULDER VALLEY SCHOOL DISTRICT, a body corporate and political subdivision of the State of Colorado,

    DEFENDANT.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL

Kane, J.

    Before this court is the parties' Stipulated Motion for Dismissal with Prejudice, Doc. 12 The Court having reviewed the Stipulated Motion, and being fully advised in the premises thereof; ORDERS that Plaintiff's claims shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED:    April 2, 2013        BY THE COURT:
                                        */s/John L. Kane*
                                        U.S. Senior District Judge